**M 12-175**

**United States District Court**
**Violation Notice**

CVB Location Code: **EY60**

Violation Number: **1654779**
Officer Name (Print): **ETZL**
Officer No: **219**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **05/30/2011 0220**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 1.5(f)**

Place of Offense: **CANARSIE PIER**

Offense Description: **VIOLATION OF CLOSURE LIMIT/ RESTRICTIONS**

1654779

### DEFENDANT INFORMATION
Phone: **(347) 727 1829**
Last Name: **MARQUEZ**
First Name: **EDWIN**
MI:

Street Address:
City: **BAYSHORE**
State: **NY**
Zip Code: **11706**
Date of Birth:

Drivers License No:
D.L. State: **NY**
Social Security No:

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: **BLK**  Eyes: **BRN**  Height: **5'11"**  Weight: **167**

VEHICLE DESCRIPTION   VIN: **1GKDT13SS2247224 8**
Tag No: **DEU 8987**   State: **N.Y**   Year: **02**   Make/Model: **GMC/ENVOY**   Color: **WHT**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address:
Date (mm/dd/yyyy): **SEP 13 2011**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Edwin Marquez*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 30, 2011** while exercising my duties as a law enforcement officer in the **Eastern** District of **New York**

At approx 0220 hours, I saw a white GMC with NY plate # DEU-8987 parked at the S/W corner of Canarsie Pier after closing hours with a male later identified by a NY ~~photo DL # 854427320 as MARQUEZ sleeping in the~~ drivers seat There is a sign clearly posted at the entrance of the pier which states that the pier is open from 8a.m. to 2 a.m. I also announced over patrol vehicle P.A. system 3 ~~times that the pier was closed. All other vehicles (approx 30 ) left the area~~

The foregoing statement is based upon
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on **5/30/11**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 6/21/2011 10:54:10

**United States District Court**
**Violation Notice**

CVB Location Code: EY60

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1654780 | ETZL | 219 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 5/30/11 0220
Offense Charged: 36 CFR 2.32(a)(1)

Place of Offense: CANARSIE PIER

Offense Description: INTERFERING, THREATENING, RESISTING, INTIMIDATING GOVERNMENT EMPLOYEE OR AGENT

**DEFENDANT INFORMATION**
Phone: 347-727-1839
Last Name: MARQUEZ
First Name: EDWIN

State: NY
Zip Code: 11706

DL State: NY

Sex: Male
Hair: BLK  Eyes: BRN  Height: 5'11  Weight: 167

**VEHICLE DESCRIPTION**
VIN: 1GKDT13S522472242
Tag No: DEU-8987
State: N.Y.
Year: 02
Make/Model: GMC/ENVOY
Color: WHITE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**
Date: SEP 13 2011

X Defendant Signature: Edwin Marquez

Annotations: A1; 10/11/11; N; 12/6/11; A1; 1/24/12

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on May 30, 2011 while exercising my duties as a law enforcement officer in the Eastern District of New York

At approx 0220 hours, I saw a white GMC with NY plate # DEU-8987 parked at the S/W corner of Canarsie Pier after closing hours with a male later identified by a NY photo DL # 854427320 as MARQUEZ sleeping in the drivers seat. There is a sign clearly posted at the entrance of the pier which states that the pier is open from 8 a.m. to 2 a.m. I also announced over patrol vehicle P.A. system 3 times that the pier was closed. All other vehicles (approx 30) left the area. Upon contacting MARQUEZ, the subject appeared to be under the influence of drugs or alcohol. I saw what I believed from my training and experience to be a partially smoked marijuana cigarette on the drivers side vehicle step. MARQUEZ grabbed my arm when I picked up the item. I then attempted to handcuff MARQUEZ and he pulled away. He ran to the rear of his vehicle and opened the tailgate. I then threatened to use the TASER device on him and he still would not follow my commands to get on the ground. He ran back to the drivers seat and I deployed the TASER device which was ineffective. The subject drove away from the area. See case #11-N04526

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 5/30/11

Probable cause has been stated for the issuance of a warrant

Executed on: _____  U.S. Magistrate Judge

## United States District Court
### Violation Notice

CVB Location Code: **EY60**

Violation Number: **1654781**
Officer Name (Print): **ETZL**
Officer No: **219**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **05/30/2011 0220**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 2.34(a)(4)**
Place of Offense: **Canarsie Pier**
Offense Description: **Disorderly Conduct**

1654781

**DEFENDANT INFORMATION**
Phone: **(347) 727-1829**
Last Name: **MARQUEZ**
First Name: **EDWIN**
M.I.:
Street Address: ---
City: **Bayshore**
State: **NY**
Zip Code: **11706**
Date of Birth: ---
Drivers License No: ---
DL State: **NY**
Social Security No: ---

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female
Hair: **BLK**  Eyes: **BRN**  Height: **5'11"**  Weight: **167**

**VEHICLE DESCRIPTION**  VIN: **1GKDT13552247248**
Tag No: **DEU 8987**  State: **N.Y.**  Year: **02**  Make/Model: **GMC/Envoy**  Color: **WHT**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____  Forfeiture Amount
+ $25  Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____
Date: **SEP 13 2011**
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **Edwin Marques**

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 30, 20 11** while exercising my duties as a law enforcement officer in the **Eastern** District of **New York**

At approx 0220 hours, I saw a white GMC with NY plate # DEU-8987 parked at the S/W corner of Canarsie Pier after closing hours with a male later identified by a NY photo DL # 854427320 as MARQUEZ sleeping in the drivers seat. There is a sign clearly posted at the entrance of the pier which states that the pier is open from 8 a.m. to 2 a.m. I also announced over patrol vehicle P.A. system 3 times that the pier was closed. All other vehicles (approx 30) left the area. Upon contacting MARQUEZ, the subject appeared to be under the influence of drugs or alcohol. I saw what I believed from my training and experience to be a partially smoked marijuana cigarette on the drivers side vehicle step. MARQUEZ grabbed my arm when I picked up the item. I then attempted to handcuff MARQUEZ and he pulled away. He ran to the rear of his vehicle and opened the tailgate. I then threatened to use the TASER device on him and he still would not follow my commands to get on the ground. He ran back to the drivers seat and I deployed the TASER device which was ineffective. The subject drove away from the area. See case #11-N04526.

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **5/30/11**
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

CVB Scan 6/21/2011 10:57:10